UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NIKKI JOSHUA JAMES COOMES,<br><br>　　　　Defendant. | CR 21-50121<br><br>REDACTED INDICTMENT<br><br>Discharge of Firearm During and in Relation to a Crime of Violence<br>(18 U.S.C. § 924(c)(1)(A)(iii))<br><br>Assault with Intent to Commit Murder<br>(18 U.S.C. §§ 1111(a) and 1153)<br><br>Assault with a Dangerous Weapon<br>(18 U.S.C. §§ 113(a)(3) and 1153)<br><br>Assault Resulting in Serious Bodily Injury<br>(18 U.S.C. §§ 113(a)(6) and 1153) |

The Grand Jury charges:

## COUNT I

On or about July 3, 2021, near Pine Ridge, in Indian country, in the District of South Dakota, the defendant, Nikki Joshua James Coomes, an Indian person, did knowingly carry and use a firearm, that is a 20-gauge shotgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, assault of Jalen Little Bull as charged in Count III, and did brandish and discharge the firearm during the offense, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT II

On or about July 3, 2021, near Pine Ridge, in Indian country, in the District of South Dakota, the defendant, Nikki Joshua James Coomes, an Indian person, did assault Jalen Little Bull, with intent to commit murder by shooting him with a firearm, all in violation of 18 U.S.C. §§ 1111(a) and 1153.

COUNT III

On or about July 3, 2021, near Pine Ridge, in Indian country, in the District of South Dakota, the defendant, Nikki Joshua James Coomes, an Indian person, did assault Jalen Little Bull, with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

COUNT IV

On or about July 3, 2021, near Pine Ridge, in Indian country, in the District of South Dakota, the defendant, Nikki Joshua James Coomes, an Indian person, did assault Jalen Little Bull, and said assault resulted in serious bodily injury, all in violation of 18 U.S.C. §§ 113(a)(6) and 1153.

A TRUE BILL:

**NAME REDACTED**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: _____